IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TD BANK, N.A., | : | |
| AGNUS LIN, | : | |
| ROBERT MINDICK, | : | |
| RONALD MATTHEW, and | : | |
| EVE BADECKI | : | NO. 15-5474 |

## ORDER

AND NOW, this 4th day of April, 2016, upon consideration of plaintiff Howard Brown's first amended complaint, the defendants' partial motion to dismiss (docket entry #15), plaintiff's response in opposition thereto, and defendants' motion for leave to file a reply brief (docket entry #17), and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Defendants' motion for leave to file a reply brief (docket entry #17) is GRANTED;

2. The Clerk of Court shall DOCKET Exhibit 1 of defendants' motion for leave to file a reply brief;

3. Defendants' partial motion to dismiss (docket entry #15) is GRANTED IN PART and DENIED IN PART;

4. Count I of the first amended complaint is DISMISSED WITHOUT PREJUDICE as to defendants Agnus Lin, Robert Mindick, Ronald Matthew and Eve Badecki;

5. Counts VII, VIII and XII of the first amended complaint are DISMISSED WITH PREJUDICE as to all defendants;

      6.      Plaintiff may FILE a second amended complaint if he does so by noon on April 7, 2016; and

      7.      Defendants shall FILE an answer, motion to dismiss, or other responsive pleading by noon on April 28, 2016.

      BY THE COURT:

        /s/ Stewart Dalzell, J.
      Stewart Dalzell, J.